E-FILED: **8/17/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sabrina Benveniste* <br>     **Plaintiff,** <br>   v. <br> *Saman Rehfahzade, et al.* <br>     **Defendants.** | NO. CV 10-3266-GHK (AJWx) <br><br> JUDGMENT |

    Based on our August 17, 2010 Order granting Defendants Premier Infusion Care and Saman Rehfahzade's (collectively, "Defendants") Motion to Dismiss against Plaintiff Sabrina Benveniste ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claim under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.*, is **DISMISSED with prejudice**. Plaintiff's remaining state law claims are **DISMISSED without prejudice** to their refiling in state court.

    **IT IS SO ORDERED**.

DATED: August 17, 2010

_____
GEORGE H. KING
United States District Judge